Clara E. M. Taylor, Respondent, v. James Richard Taylor, Known as J. Richard Taylor, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Lillian Russell, Respondent, v. Lee Shubert, Individually and as Executor, etc., of Sam S. Shubert, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John Golding, Appellant, v. Arthur Kuttroff, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Abraham H. Bonart, Appellant, v. Max Thorn, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Aaron Stavsky, Respondent, v. Morris J. Freedman and Samuel Bernstein, Appellants.— Order affirmed, without costs. No opinion.

The People of the State of New York v. Tony Bruno.— Motion to dismiss appeal granted.

The People of the State of New York v. Elias Diamond.— Motion to dismiss appeal granted.

The People of the State of New York v. Peter Ionnone.— Motion to dismiss appeal granted.

The People of the State of New York v. Samuel Levy.— Motion to dismiss appeal granted.

The People of the State of New York v. Augustus Margraf.— Motion to dismiss appeal granted unless appellant comply with terms stated in order.

The People of the State of New York v. Michael Murray.— Motion to dismiss appeal granted.

The People of the State of New York v. Luigi Parmigiani.— Motion to dismiss appeal granted.

The People of the State of New York v. John Wigger.— Motion to dismiss appeal granted.

Thomas T. Sherman, Individually, etc., v. John A. Chanler and Others. — Motion to dismiss appeal granted, without costs.

Grace Wilson v. Herman A. Schmidt.— Motion to dismiss appeal granted, with ten dollars costs.

James W. Alexander v. Interborough Rapid Transit Company.— Motion to dismiss appeal granted, with ten dollars costs.

Oscar Bluemner v. Michael J. Garvin.— Motion denied, with ten dollars costs.

Henry Margolin v. Hyman Margolin and Others.— Motion to dismiss appeal granted, with ten dollars costs.

Cawley, Clark & Company v. Federal Varnish Company.— Motion to dismiss appeal granted, with ten dollars costs.

Clarence McMillan v. Mariea Elliott.— Motion to dismiss appeal granted, with ten dollars costs.

Clarence McMillan v. Mariea Elliott.— Motion to dismiss appeal granted, with ten dollars costs.

Louisa B. White v. Henry White.— Motion to dismiss appeal granted, with ten dollars costs.

Henry Beste and Others, as Trustees, etc., v. Agnes M. Mulligan and